FILED

12/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0546

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-22-0546

| | |
|---|---|
| LORI OWENS BURLEY, individually, and DANNI JO BURLEY, individually, and DAN BURLEY, <br>        Plaintiffs and Appellants <br><br> v. <br><br> JIM JOHNSON, agent for State Farm Insurance, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br>        Defendants and Appellees | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER**

Pursuant to the *Stipulated Motion to Dismiss* filed by the parties, it is hereby ordered that the appeal is dismissed.

DATED this ___ day of December, 2022.

/s/_____
Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2022